**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2020-0362, <u>Natasha Athens v. Christopher Sununu</u>, the court on May 14, 2021, issued the following order:**

Having considered the briefs and the limited record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the appealing party, Natasha Athens, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>see</u> <u>also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**
